OPINION — AG — ** MUNICIPALITY — SALES TAX ** AN INCORPORATED CITY OR TOWN MAY 'NOT' LEVY A SALES TAX UNDER 68 O.S. 2701 [68-2701] THAT WOULD BE USED FOR THE SPECIFIC PURPOSE OF CONSTRUCTING A PUBLIC SCHOOL BUILDING. (TAXATION, CONSTRUCTION, EARMARKED, SCHOOLS, LEVY, PUBLIC SCHOOL AD VALOREM TAXATION) CITE: ARTICLE X, SECTION 19, ARTICLE X, SECTION 9, ARTICLE XIII, SECTION 1, ARTICLE XXI, SECTION 1, 11 O.S. 1-101 [11-1-101], 11 O.S. 22-124 [11-22-124], 11 O.S. 30-101 [11-30-101] 11 O.S. 31-101 [11-31-101], 11 O.S. 33-101 [11-33-101] 68 O.S. 2701 [68-2701] (GUY L. HURST)